**EXHIBIT 1:** PHOTOGRAPH #1



**EXHIBIT 1:** PHOTOGRAPH #2



**EXHIBIT 1:** PHOTOGRAPH #3



**EXHIBIT 1:** PHOTOGRAPH #4



**EXHIBIT 1:** PHOTOGRAPH #5



**EXHIBIT 1:** PHOTOGRAPH #6



**EXHIBIT 1:** PHOTOGRAPH #7



**EXHIBIT 1:** PHOTOGRAPH #8



**EXHIBIT 1:** PHOTOGRAPH #9



**EXHIBIT 1:** PHOTOGRAPH #10



**EXHIBIT 1:** PHOTOGRAPH #11



**EXHIBIT 1:** PHOTOGRAPH #12



**EXHIBIT 1:** PHOTOGRAPH #13



**EXHIBIT 1:** PHOTOGRAPH #14



**EXHIBIT 1:** PHOTOGRAPH #15



**EXHIBIT 1:** PHOTOGRAPH #16



**EXHIBIT 1:** PHOTOGRAPH #17



**EXHIBIT 1:** PHOTOGRAPH #18



**EXHIBIT 1:** PHOTOGRAPH #19



**EXHIBIT 1:** PHOTOGRAPH #20



**EXHIBIT 1:** PHOTOGRAPH #21

