**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #7
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #8
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #9
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #10
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #11
URL: https://www.tmz.com/2021/12/27/kanye-west-buys-house-across-street-kim-kardashian-divorce/



**EXHIBIT 2:** INFRINGEMENT #12
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #13
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #14

URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



Kanye West spent $4.5 million to buy the house next door to Kim Kardashian after she filed for divorce, and now he's decided to give it up in their settlement.

According to the divorce settlement, obtained by TMZ, Ye will transfer the title of the 3,650 square foot, 5 bedroom home to Kim -- and she'll now be responsible for all expenses related to the property. The home borders Kim's lot, so she'll likely just tear it down -- as it needs a ton of work -- and add to her acreage.



THE HOUSE    LAUNCH GALLERY

Backgrid

Remember, Kanye said he **bought the house** in order to be close to his kids, but the divorce

OLD NEWS IS OLD NEWS! BE FIRST!
Get TMZ breaking news sent right to your browser!

Subscribe    Maybe Later

peacock ORIGINAL
PITCH PERFECT
BUMPER IN BERLIN
peacock
NEW SERIES
SIGN UP NOW

MOST POPULAR

'A Christmas Story' House Owner Curses Out Actor Yano Anaya at Iconic Home
11/27/22

Kim Kardashian Breaks Silence on Balenciaga's BDSM Child Photo Shoot

**EXHIBIT 2:** INFRINGEMENT #15
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #16
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #17
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #18
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #19
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #20

URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #21

URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #22
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #23
URL: https://www.tmz.com/2022/11/29/kanye-west-kim-kardashian-house-next-door-divorce/



**EXHIBIT 2:** INFRINGEMENT #24
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #25
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #26
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #27
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #28
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #29

URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #30
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #31

URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #32
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #33
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #34
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #35
URL: https://www.dailymail.co.uk/tvshowbiz/article-10347063/Kanye-West-buys-4-5-million-house-street-estranged-wife-Kim-Kardashian-LA.html



**EXHIBIT 2:** INFRINGEMENT #36
URL: https://www.the-sun.com/entertainment/4347315/kanye-west-mansion-street-ex-kim-kardashian-estate/



**EXHIBIT 2:** INFRINGEMENT #37
URL: https://www.the-sun.com/entertainment/4347315/kanye-west-mansion-street-ex-kim-kardashian-estate/



**EXHIBIT 2:** INFRINGEMENT #38

URL: https://www.the-sun.com/entertainment/4347315/kanye-west-mansion-street-ex-kim-kardashian-estate/



**EXHIBIT 2:** INFRINGEMENT #39

URL: https://www.the-sun.com/entertainment/4347315/kanye-west-mansion-street-ex-kim-kardashian-estate/



**EXHIBIT 2:** INFRINGEMENT #40
URL: https://www.thetealmango.com/latest/kanye-west-purchases-house-across-the-street-from-kim-kardashian-for-4-5m/



**EXHIBIT 2:** INFRINGEMENT #41

URL: https://www.facebook.com/totalfratmove



**EXHIBIT 2:** INFRINGEMENT #42
URL: https://totalfratmove.com/trending/ye-a-borderline-stalker-buys-fixer-upper-house-across-from-kim-kardashian/



**EXHIBIT 2:** INFRINGEMENT #43

URL: https://totalfratmove.com/trending/ye-a-borderline-stalker-buys-fixer-upper-house-across-from-kim-kardashian/



**EXHIBIT 2:** INFRINGEMENT #44
URL: https://totalfratmove.com/trending/ye-a-borderline-stalker-buys-fixer-upper-house-across-from-kim-kardashian/



**EXHIBIT 2:** INFRINGEMENT #45
URL: https://totalfratmove.com/trending/ye-a-borderline-stalker-buys-fixer-upper-house-across-from-kim-kardashian/



**EXHIBIT 2:** INFRINGEMENT #46
URL: https://totalfratmove.com/trending/ye-a-borderline-stalker-buys-fixer-upper-house-across-from-kim-kardashian/



**EXHIBIT 2:** INFRINGEMENT #47

URL: https://hollywoodlife.com/2021/12/27/kanye-west-buys-house-hidden-hills-across-the-street-kim-kardashian-photos/



**EXHIBIT 2:** INFRINGEMENT #48
URL: https://hollywoodlife.com/2021/12/27/kanye-west-buys-house-hidden-hills-across-the-street-kim-kardashian-photos/

