NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR Robert Guillory

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Guillory,<br><br>Plaintiff(s),<br><br>v.<br><br>Backgrid USA, Inc. and The Grosby Group Inc.,<br><br>Defendant(s) | CASE NUMBER: 127204<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Robert Guillory___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest
in the outcome of this case. These representations are made to enable the Court to evaluate possible
disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Robert Guillory | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Craig B. Sanders | Counsel for Plaintiff |
| Backgrid USA, Inc. | Defendant |
| The Grosby Group Inc. | Defendant |

February 2, 2023
Date

/s/ Craig B. Sanders
Signature

Attorney of record for (or name of party appearing in pro per):

Robert Guillory