**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Guillory<br><br>v.<br><br>Backgrid USA, Inc. et al<br><br>PLAINTIFF(S) / DEFENDANT(S). | CASE NUMBER<br><br>2:23-cv-00776-GW-MRWx<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 21-01<br>(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

2/10/2023
Date

[signature]
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                                              United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:22-cv-06185-FLA-RAOx  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Michael R. Wilner  to Magistrate Judge  Rozella A. Oliver  .

On all documents subsequently filed in this case, please substitute the initials  FLA-RAOx  after the case number in place of the initials of the prior judge, so that the case number will read  2:23-cv-00776-FLA-RAOx  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/21)            ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)