**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 127204

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Guillory,<br><br>   Plaintiff,<br><br>v.<br><br>Backgrid USA, Inc. and The Grosby Group Inc.,<br><br>   Defendants, | Case No: 2:23-cv-00776-FLA-RAOx<br>**RETURNED SUMMONS** |

DATED: February 24, 2023

             **SANDERS LAW GROUP**

             By: ___*/s/ Craig B. Sanders*___
             Craig B. Sanders, Esq.
             333 Earle Ovington Boulevard, Suite 402
             Uniondale, NY 11553
             Tel: (516) 203-7600
             Email: csanders@sanderslaw.group
             *Attorneys for Plaintiff*
             File No.: 127204

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Craig B. Sanders SBN 284397<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR   Petitioner | (516) 203-7600 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Guillory, Robert v. Backgrid USA, Inc., et al. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:23-cv-00776-FLA-RAO |
| **Declaration of Service** | | Ref. No. or File No:<br>2:23-cv-00776-FLA-RAO |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons and Complaint; Exhibits 1 and 2; Report On the Filing Or Determination Of An Action Or Appeal Regarding a Copyright; Order Setting Initial Case Management Conference And ADR Deadlines; Notice Of Assignment To United States Judges; Notice To Parties Of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order; Order Re Transfer Pursuant to General Order 21-01 (Related Cases)

On: The Grosby Group Inc.

I served the summons at:

3904 Keeshen Dr, Los Angeles, CA 90066

On: 2/18/2023          Date: 02:50 PM

In the above mentioned action  by personally serving to and leaving with
Pablo E Grodnitzky - Registered Agent

Description: Gender: Male Age: 65 Height: 6'0 Weight: 200 Race: white Hair: blonde Other:

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: Pradip Kissoondyal - Registration: 2012234986 - County: Los Angeles
  b. Address: 31 N 2nd St 200, San Jose, CA 95113
  c. Telephone number: 408-291-5000
  d. The fee for this service was: 110.75
  e. I am an employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Declaration of Service                                                   Invoice #: 7133556