**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 127204

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Guillory,<br><br>Plaintiff,<br><br>v.<br><br>Backgrid USA, Inc. and The Grosby Group Inc.,<br><br>Defendant, | Case No: 2:23-cv-00776-FLA-RAOx<br>**RETURNED SUMMONS** |

DATED: March 28, 2023

**SANDERS LAW GROUP**

By: ___*/s/ Craig B. Sanders*___
Craig B. Sanders, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 127204

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* <u>Backgrid USA, Inc. c/o Steven L. Ginsburg</u>
was received by me on *(date)* <u>February 15, 2023</u>.

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* <u>Steven L. Ginsburg</u>, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
<u>Backgrid USA, Inc.</u> on *(date)* <u>03/18/23</u>; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: <u>03/22/23</u>

_____
*Server's signature*

Jaime Figueroa, Registered California Process Server
County of Los Angeles, Registration No. 3204
*Printed name and title*

31 N Second St. Suite 200 San Jose California 95113
*Server's address*

Additional information regarding attempted service, etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Craig B. Sanders Esq. SBN 284397<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR Plaintiff | TELEPHONE NUMBER<br>(516) 203-7600 | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, LOS ANGELES<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Robert Guillory v. Backgrid USA, Inc., et al. | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>2:23-cv-00776-GW-MRWx |
| **Declaration of Service** | | Ref. No. or File No:<br>2:23-cv-00776-GW-MRWx |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Exhibit 1-2; Report on the Filing or Determination of An Action or Appeal Regarding Copyright; Notice of Case Assignment to the United States Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order Re Final Pre-Trial Conference for Civil Jury Trials Before Judge George H. Wu.; Order Re Transfer Pursuant to General Order 21-01 (Related Cases); Initial Standing Order**

On: **Backgrid USA, Inc. c/o Steven L. Ginsburg**

I served the summons at:

**5219 Melvin Ave,  Tarzana, CA 91356**

On: **3/18/2023**           Date:  **03:57 PM**

In the above mentioned action  by personally serving to and leaving with
**Steven L. Ginsburg  -  Owner, Backgrid USA, INC.**

Description: **Gender: Male Age: 47 Height: 5'9" Weight: 198 Race: White Hair: Brown**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Jaime Figueroa** - Registration: **3204** - County: **Los Angeles**
  b. Address: **31 N 2nd St 200, San Jose, CA 95113**
  c. Telephone number: **408-291-5000**
  d. **The fee** for this service was:
  e. I am an employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Declaration of Service            Jaime Figueroa            Invoice #: 7132091
                                                             Date: 03/22/2023