Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
Jacquieline Mandel, Esq. (Cal Bar 317119)
jmandel@sanderslaw.group
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, New York 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*
*Robert Guillory*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Guillory, | Case No. 2:23-cv-00776-FLA-RAO |
| Plaintiff, | Hon. Fernando L. Aenlle-Rocha<br>Magistrate Rozella A. Oliver |
| v. | **DISCOVERY MATTER** |
| BACKGRID USA, INC., and THE GROSBY GROUP INC., | **ROBERT GUILLORY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY FROM BACKGRID USA, INC.** |
| Defendants. | Hearing Date: September 1, 2023<br>Hearing Time: 1:30 P.M.<br>Location: First Street Courthouse<br>  350 W. 1st St.<br>  Courtroom 6B<br>  Los Angeles, CA 90012 |
| | **[Joint Stipulation, Declaration of Jacqueline Mandel and Proposed Order filed Concurrently Herewith]** |
| | **[Fed. R. Civ. P. 37, Loc. R. 37]** |
| | Action Filed: February 2, 2023 |

**GUILLORY NOTICE AND MOTION TO COMPEL**

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on September 1, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-Rocha in Courtroom 6B of the above-captioned court located at 350 W. 1st Street, Los Angeles, CA, 90012, Plaintiff Robert Guillory ("Plaintiff" or "Guillory") will and hereby does seek an Order to compel further discovery responses from Defendant Backgrid USA, Inc. ("Backgrid") pursuant to Federal Rule of Civil Procedure 33, 34, 37 and the Local Rules for the Central District of California, including Rule 37. Pursuant to L.R. 37-1, and as set forth in the accompanying declaration of Jacqueline Mandel, counsel met and conferred pursuant to Local Rule 37-1 by e-mail and conference on July 19, 2023 in a good faith effort to eliminate the necessity for this motion. This conference was attended by Joanna Ardalan for Defendant and Jacqueline Mandel for Plaintiff. This Motion is based on this Notice, the concurrently filed Joint Stipulation, the Declaration of Jacqueline Mandel, the pleadings and papers on file on this case, all matters of which the Court may properly take judicial notice of and upon such other evidence and argument as the Court may consider at or before the hearing on this motion.

Dated: August 8, 2023

                                                **SANDERS LAW GROUP**

                                                By: /s/ *Jacqueline Mandel*_____
                                                Jacqueline Mandel, Esq. (Cal Bar 317119)
                                                jmandel@sanderslaw.group
                                                Craig B. Sanders, Esq. (Cal Bar 284397)
                                                csanders@sanderslaw.group
                                                333 Earle Ovington Blvd, Suite 402
                                                Uniondale, New York 11553
                                                Tel: (516) 203-7600
                                                *Attorneys for Plaintiff*
                                                *Robert Guillory*